# IN THE SUPREME COURT OF THE STATE OF NEVADA

MITZI ROCHELLE HENDRIX,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 80220

**FILED**

JAN 03 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## *ORDER DENYING PETITION FOR A WRIT OF MANDAMUS*

This is an original pro se petition for a writ of mandamus. Petitioner challenges the constitutionality of the burglary statute and seeks an order directing the district court to vacate her conviction for burglary.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support her claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, *see* NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88

20-00385

P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.

_____ C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

cc: Mitzi Rochelle Hendrix
    Attorney General/Carson City
    Clark County District Attorney
    Eighth District Court Clerk